UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR - 8 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No **4:15CR00163 RWS/NCC** |
| DAVID MICHAEL HAGLER, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 5, 2015, in the Eastern District of Missouri,

**DAVID MICHAEL HAGLER,**

the Defendant herein, did knowingly possess a machinegun, that is a Glock, Model .22, 40 caliber pistol, bearing serial number HNU392, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, Section 922(o) and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney