UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15 CR 163 RWS/NCC |
| | ) | |
| DAVID MICHAEL HAGLER, | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR CONTINUED PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is a threat to the community.

2. There is a serious risk that the defendant will flee.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 _/s/  John J. Ware_
JOHN J. WARE, #40880MO
111 South 10th Street, Rm. 20.333
St. Louis, Missouri  63102
314-539-2200