# EXHIBIT LIST

Case Caption: U.S.A. v. David Michael Hagler
Case No:  4:15cr00163 RWS/NCC

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1A |  | 1 | 7/16/15 |  |  | Affidavit for Search Warrant | 7/16/15 |
| 1B |  | 1 | 7/16/15 |  |  | Search Warrant | 7/16/15 |
| 1C |  | 1 | 7/16/15 |  |  | Search Warrant Return | 7/16/15 |
| 2A |  | 1 | 7/16/15 |  |  | Affidavit for Search Warrant | 7/16/15 |
| 2B |  | 1 | 7/16/15 |  |  | Search Warrant | 7/16/15 |
| 2C |  | 1 | 7/16/15 |  |  | Search Warrant Return | 7/16/15 |
| 5 |  | 1 | 7/16/15 |  |  | Criminal Complaint | 7/16/15 |
| 4A |  | 1 | 7/16/15 |  |  | Affidavit for Search Warrant | 7/16/15 |
| 4B |  | 1 | 7/16/15 |  |  | Search Warrant | 7/16/15 |
| 4C |  | 1 | 7/16/15 |  |  | Search Warrant Return | 7/16/15 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page 1 of 1**