UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | Case No.: 4:15CR00163 RWS(NCC) |
| vs   ) | |
| ) | |
| DAVID MICHAEL HAGLER   ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Comes now Defendant and after having reviewed with Defense Counsel the Magistrate Judge's Memorandum and Report and Recommendations to the District Court [Doc. 62] hereby files his objections to said Report through reference and incorporates any and all of his arguments and points relied on previously raised in his Motion to Suppress Evidence [Doc. 32], Memorandum of Law in Support Thereof re Motion to Suppress Evidence [Doc. 30] and his Post-Hearing Brief [Doc.58].

Defense Counsel does not believe that there would be any further argument necessary in this matter, unless requested by the Court.  Counsel has instructed Defendant to rest on his previously filed arguments, referenced above.

WHEREFORE, for the foregoing reasons the defendant requests that the United States Magistrate Judge's Report and Recommendations be disregarded and the seized evidence against Defendant be suppressed.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD
ATTORNEYS AT LAW, P.C.

By  *s/Matthew A. Radefeld*
MATTHEW A. RADEFELD (#52288MO)
Attorney for Defendant
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777

### CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. John Ware
Assistant United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102.

*S/ Matthew A. Radefeld*
MATTHEW A. RADEFELD